# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF
GARRETT JOSEPH CLAYBOURN

NO. 2025 CW 0615

**OCTOBER 6, 2025**

---

In Re:   Frances Elizabeth Claybourn, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 109268.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

**HG**
**TPS**

McClendon, C.J., concurs. The criteria set forth in **Herlitz
Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d
878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT